# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHANNON LEE BOONE,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 1:23-00254-KD-N** |
| ) | |
| **BALDWIN COUNTY,** ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Amended Report and Recommendation of the Magistrate Judge dated April 11, 2024, made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a), is **ADOPTED** as the opinion of this Court.

Accordingly, this civil action is **DISMISSED without prejudice** (1) for failure to pay the statutory filing and administrative fees for this action or show entitlement to *in forma pauperis* status; and, additionally and alternatively, (2) for failure to obey a court order, under both Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket.

**DONE** and **ORDERED** this the 3rd day of May 2024.

/s/ Kristi K. DuBose  
**KRISTI K. DuBOSE**  
**UNITED STATES DISTRICT JUDGE**