# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHANNON LEE BOONE,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:23-00254-KD-N |
| | ) |
| **BALDWIN COUNTY,** | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered this date adopting the report and recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED** and **DECREED** that this civil action is **DISMISSED without prejudice**.

**DONE** this the 3rd day of May 2024.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**